IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02175-MSK-MEH

TRAVIS BRICKEY,

      Plaintiff,

v.

WAYNE STEPHEN WEYLER,
MATTHEW LOWELL LEWIS,
JOSEPH CRAWFORD,
ANDREW WILLIAM MEANS,
CORBEN KENT TELINDE, and
MARK JOHNSON,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 24, 2012.**

      Defendants' Second Unopposed Motion to Amend Scheduling Order (Doc 17) to Extend Rebuttal Expert Deadline [filed May 23, 2012; docket #22] is **granted**. For good cause shown, the Court will amend the Scheduling Order as follows:

      Deadline to designate rebuttal experts:      **June 1, 2012**.

All other deadlines remain the same.