IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02175-MSK-MEH

TRAVIS BRICKEY,

      Plaintiff,

v.

WAYNE STEPHEN WEYLER,
MATTHEW LOWELL LEWIS,
JOSEPH CRAWFORD,
ANDREW WILLIAM MEANS,
CORBEN KENT TELINDE, and
MARK JOHNSON,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 8, 2012.**

      Pending before the Court is Defendants' Unopposed Motion for Leave to Depose Incarcerated Person [filed June 5, 2012; docket #25]. Fed. R. Civ. P. 30(a)(2)(B) requires a party to obtain leave of court to depose a person confined in prison. Defendants represent that Lori Clark is a key witness in this case, and that Ms. Clark is being held in custody at a Mesa County Criminal Justice Services facility. Accordingly, the Court **grants** Defendants' Motion and permits Defendants to depose Ms. Clark at the Mesa County Criminal Justice Services facility where she currently resides.